THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GARY PLESSMAN
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3995
    Facsimile: (213) 894-2380
    E-mail: john.lee2@usdoj.gov

Attorneys for the
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL]; <br><br> Plaintiff, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendants. | NO. CV 07-4293 GW (SHx) <br><br> [~~PROPOS~~ED] ORDER RE: [UNDER SEAL] <br><br> [LODGED UNDER SEAL pursuant to False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)] |

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Chief, Civil Division
 3  GARY PLESSMAN
    Chief, Civil Fraud Section
 4  SUSAN R. HERSHMAN
    Deputy Chief, Civil Fraud Section
 5  JOHN E. LEE (CBN 128696)
    Assistant United States Attorneys
 6       Room 7516, Federal Building
         300 North Los Angeles Street
 7       Los Angeles, California  90012
         Telephone:  (213) 894-3995
 8       Facsimile:  (213) 894-2380
         E-mail:  john.lee2@usdoj.gov
 9
    Attorneys for the
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA ex rel. JAMES D. STEFFES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>URS CORPORATION (EG&G DIVISION) and DOUGLAS E. PHILLIPS, III,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. CV 07-4293 GW (SHx)<br><br>[PROPOSED] ORDER RE: UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AS TO DEFENDANT EG&G TECHNICAL SERVICES, INC. (MISTAKENLY SUED AS "URS CORPORATION (EG&G DIVISION)"), AND TO DECLINE TO INTERVENE AS TO DEFENDANT PHILLIPS<br><br>[LODGED UNDER SEAL pursuant to False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)] |
|---|---|---|

　　　　The United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), having intervened in the above-captioned action ("this action") as to defendant EG&G Technical Services, Inc. (mistakenly sued under the name of "URS Corporation (EG&G Division)") as to certain allegations of the Complaint, and having otherwise declined to intervene in this action,

IT IS HEREBY ORDERED as follows:

A. The following documents in this action shall be unsealed: (1) the Complaint, (2) the United States' Notice of Election and the accompanying Order, and (3) the Stipulation and Order of Dismissal of Action;

B. All other previously filed or lodged contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

C. Papers filed or lodged in this action after the date of this Order shall not be sealed;

D. Relator shall serve on defendant EG&G the Complaint in this action; and

E. The United States shall serve on defendant EG&G the United States' Notice of Election and accompanying Order and the Stipulation and Order of Dismissal of Action.

IT IS SO ORDERED this 15th day of May, 2009.

_____
GEORGE WU
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GARY PLESSMAN
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Deputy Chief, Civil Fraud Section

_____
JOHN E. LEE
Assistant United States Attorney

Attorneys for the United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **May 14, 2009**, I served

[PROPOSED] ORDER RE: UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AS TO DEFENDANT EG&G TECHNICAL SERVICES, INC. (MISTAKENLY SUED AS "URS CORPORATION (EG&G DIVISION)"), AND TO DECLINE TO INTERVENE AS TO DEFENDANT PHILLIPS

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **May 14, 2009**. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) to Whom mailed:

**SEE ATTACHED LIST.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 14, 2009** at Los Angeles, California.

_____
CAROL M. YBARRA

|   |   |
|---|---|
| 1 | SERVICE LIST |
| 2 | Phillip E. Benson, Esq. |
|   | Warren Benson Law Group |
| 3 | 620 Newport Center Dr. |
|   | Suite 1100 |
| 4 | Newport Beach, CA 92660 |